IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| SYNTERRA 3020 MARKET, LP, | : | Chapter 11 |
| | : | |
| Debtor. | : | Case No. 11-10205(JKF) |
| | : | |

## APPLICATION OF DEBTOR FOR EMPLOYMENT OF MANAGER

This application of Synterra 3020 Market, L.P. ("Debtor") for employment of a manager, respectfully represents:

1. On January 12, 2011, a Voluntary Petition was filed by the Debtor.

2. Debtor requires management services in the course of this proceeding including, but not limited to, the following:

   i. Manage and operate the Property consistent with the Approved Budget (as defined in the Management Agreement);

   ii. Negotiate contracts on behalf of the Debtor for gas, electricity, water, telephone, trash collection, sewer, elevator service, landscaping, janitorial service, security service, and such other services to be furnished to the Property;

   iii. Employ or retain persons in connection with the operation and maintenance of the Property;

   iv. Perform or cause to be informed all ordinary maintenance, repairs, alterations, replacements and installations, do all decorating and landscaping, and purchase all supplies necessary for proper operation of the Property;

   v. Those services specified in the Management Agreement dated November 20, 2006, attached as Schedule 1 to the Affidavit of Richard L. Schleicher.

3. Debtor has selected CB Richard Ellis, Inc. ("CBRE"), 1800 John F. Kennedy Boulevard, 10th Floor, Philadelphia, PA 19103 because they have considerable experience in providing these services and because Debtor believes that they are well qualified to perform the necessary services.

4. CBRE will perform and bill management services for Debtor for a flat monthly fee of $4,000, in addition to salary invoices that may vary with the payroll schedule. Salary is paid every two weeks.

5. CBRE has no connection with any creditor or any other party in interest or their respective attorneys in this case and is "disinterested" as defined in 11 U.S.C. § 101(14). .

WHEREFORE, Synterra 3020 Market, L.P., Debtor, hereby respectfully requests entry of the attached proposed order authorizing Debtor to employ CBRE, as of the filing of this Application at the rate set forth above.

    Respectfully,

    **CIARDI CIARDI & ASTIN**

    By: /s/ Holly E. Smith
        Albert A. Ciardi, III, Esquire
        Thomas D. Bielli, Esquire
        Holly E. Smith, Esquire
        One Commerce Square, Suite 1930
        2005 Market Street
        Philadelphia, PA 19103
        (215) 557-3550

    Proposed Attorneys for the Debtor

Dated: 2/18/2011